AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 1:14MJ-089
Priority Mail parcel postal tracking number 9114 9011 2308 6732 )
4272 11, postmarked January 27, 2014, weighing 2 pounds 14 ounces, )
addressed to Zebulon Thompson, 142 Garden Circle, Willmington, )
OH 45177 with a return address of 547 Beach Rd, Shelter Cove, CA )
95589 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail parcel postal tracking number 9114 9011 2308 6732 4272 11

located in the  Southern  District of  Ohio , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/7/14

_____
*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Karen L. Litkovitz
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO            )
                         ) SS
COUNTY OF HAMILTON       )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On January 29, 2014, your affiant requested a check in the postal product tracking system for parcels going to southern Ohio. Priority Mail Express parcel label number EK032245472US was located going to Wilmington, Ohio coming from Fresno, California; a known drug source area.

On January 29, 2014, your affiant learned that the parcel is addressed to Zebulon Thompson, 142 Garden Circle, Wilmington, OH 45177 with a return address of Jead Thompson, 5715 N. Briarwood Ave, Fresno, CA 93711.

On January 29, 2014, your affiant requested a check in Accurint on the return address and addressee address. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, the name "Thompson" is not associated with either address.

On January 29, 2014, your affiant contacted the Wilmington Post Office, Wilmington, Ohio regarding Priority Mail Express parcel label number EK032245472US. Your affiant learned that the carrier was not familiar with the name "Thompson" at 142 Garden Circle, Wilmington, Ohio. Your affiant also learned that there was a Priority Mail parcel addressed to "Thompson" at the address; Priority Mail parcel postal tracking number 9114 9011 5981 5793 7392 48 addressed to Zebulon Thompson, 142 Garden Circle, Wilmington, OH 45177 with a return address of Sharon Blaine, 124 Spur, Whitethorn, CA 95589.

On January 29, 2014, your affiant did a check in Accurint on the return address 124 Spur, Whitethorn, CA 95589. According to Accurint, the address does not exist.

Your affiant requested the parcels be sent to her for further investigation.

On January 30, 2014, your affiant was contacted by the Wilmington Post Office regarding a third parcel addressed to Zebulon Thompson. Priority Mail parcel postal tracking number 9114 9011 2308 6732 4272 11 addressed to Zebulon Thompson, 142 Garden Circle, Willmington, OH 45177 with a return address of

2

547 Beach Rd, Shelter Cove, CA 95589. Your affiant requested the parcel be sent to her location for further investigation.

Your affiant did a check in Accurint regarding the return address 547 Beach Rd, Shelter Cove, CA 95589. According to Accurint, the address does not exist.

Your affiant received the aforementioned parcels from the Wilmington Post Office.

On February 5, 2014, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcels. Officer Sean Woods responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcels were placed in a separate controlled area and presented to narcotic canine, "Dozer". "Dozer" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Priority Mail Express parcel label number EK032245472US, Priority Mail parcel postal tracking number 9114 9011 5981 5793 7392 48 and Priority Mail parcel postal tracking number 9114 9011 2308 6732 4272 11 addressed to Zebulon Thompson, 142 Garden Circle, Wilmington, OH 45177. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

Parcel #1 is further identified as follows: a white cardboard box 16" x 12" x 8" in size, bearing Priority Mail Express parcel label number EK032245472US, weighing 6 pounds 9.9 ounces, postmarked January 28, 2014; see address information below:

**Sender:** Jead Thompson
5715 N Briarwood Ave
Fresno, CA 93711

**Addressee:** Zebulon Thompson
142 Garden Circle
Wilmington, OH 45177

3

Parcel #2 is further identified as follows: a U.S. Postal Service Priority Mail cardboard box 11" x 8 1/2" x 5 1/2" in size, bearing postal tracking number 9114 9011 5981 5793 7392 48, weighing 2 pounds 10 ounces, postmarked January 27, 2014; see address information below:

**Sender:** Sharon Blaine
124 Spur
Whitethorn, CA 95589

**Addressee:** Zebulon Thompson
142 Garden Circle
Wilmington, OH 45177

Parcel #3 is further identified as follows: a U.S. Postal Service Ready Post cardboard box 12" x 10" x 8" in size, bearing postal tracking number 9114 9011 2308 6732 4272 11, weighing 2 pounds 14 ounces, postmarked January 27, 2014; see address information below:

**Sender:** 547 Beach Rd
Shelter Cove, CA 95589

**Addressee:** Zebulon Thompson
142 Garden Circle
Willmington, OH 45177

This information, along with the positive alert of narcotic canine "Dozer" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in Priority Mail Express parcel label number EK032245472US, Priority Mail parcel postal tracking number 9114 9011 5981 5793 7392 48 and Priority Mail parcel postal tracking number 9114 9011 2308 6732 4272 11 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

4

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this __7__ day of __Feb.__, 2014.

_____
Honorable Karen L. Litkovitz
United States Magistrate Judge

5



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer **SEAN M. WOODS**, am and have been employed by the **CINCINNATI POLICE DEPT.** since **1/06**. Among other duties, I am currently the assigned handler of narcotics detection canine "**Dozer**" which is trained and certified in the detection of the presence or odor of narcotics described as follows: **MARIJUANA, METH, COCAINE, HEROIN**

On **2-5-14**, at the request of Postal Inspector K. O'Neill, I responded to **Cincy Postal Insp office**, where "**Dozer**" did alert to and indicate upon: [describe item]

**PM 9114 9011 2308 6732 4272 11 Zebulon Thompson 142 Overton Circle Wilmington OH 45177 with a return 547 Beach Rd Shelter Cove CA 95589**

Which, based upon my training and experience and that of "**Dozer**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 2-5-14
(Signature and Date)

_____ 2-5-14
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009